# UNITED STATES DISTRICT COURT

District of Massachusetts

Paul Lynch

V.

**SUMMONS IN A CIVIL CASE**

Commonwealth of Massachusetts, CASE NUMBER:
Massachusetts State Senate

**06 CA 10611 JLT**

TO: (Name and address of Defendant)

Massachusetts State Senate
Clerk - Massachusetts State Senate
Room 335 - Statehouse
Boston, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          APR 0 7 2006
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court, District of Massachusetts
Docket/Case No: 06 CA 10611 JLT

ereby certify and return that today, July 26, 2006, at 1:15 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action on the within named Massachusetts State Senate Clerk, by leaving said copies with David Sullivan, Esq. at Senate Counsel Office, Room 200, The Statehouse, Boston, MA /her last and usual place of business. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named assachusetts State Senate Clerk, at Statehouse, Boston, MA .

eclare under the penalty of perjury under the laws of the United States of America
t the foregoing information is true and correct. Executed on July 26, 2006.

*Barbara L. BeDugnis* (signature)

nstable Barbara L. BeDugnis, Constable
Disinterested Person over Age 18.    Total Fees: $50.00
scoe, BeDugnis & Associates
Court Square, Suite 450
ston , MA, 02108-2519
7) 523-1036 , (617) 723-4247 Fax

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7/26/06__
    Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.